Milton Walton, Appellant, v. Winter & Hirsch, Inc., Appellee.

Gen. No. 47,355. 

First District, First Division.

June 30, 1958.

Released for publication September 29, 1958.

Johnson & Brigham (Tremayne E. Brigham, and Arnim Johnson, of counsel) for appellant; Hirsch & Persky (Melvin B. Lewis, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.